UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**AURLIEAS D. MCCLARTY,**

    **Plaintiff,**

v.                                             Case No.  5:25-cv-260-MCR-MJF

**J. FLOYD, et al.,**

    **Defendants.**

_____/

## ORDER

The Magistrate Judge issued a Report and Recommendation on September 22, 2025.  *See* ECF No. 6. Plaintiff was furnished a copy of the Report and Recommendation and was afforded an opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). The Court has made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation and all objections thereto timely filed, the Court concludes that the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

    1.     The Magistrate Judge's Report and Recommendation, ECF No. 6, is adopted and incorporated by reference into this Order.

2. This civil action is **DISMISSED** without prejudice for Plaintiff's failure to comply with the Local Rules for the Northern District of Florida.

3. The Clerk of Court is directed to enter judgment accordingly and close this case file.

**DONE AND ORDERED** this 12th day of January 2026.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**